**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* *PAULINE PEARS*, Relatrix, <br><br> and <br><br> PAULINE PEARS, <br><br>             Plaintiffs, <br><br> vs. <br><br> TRISHA LA and STONE GATE REAL ESTATE SERVICES, <br><br>             Defendants. | Case No. 2:14-cv-00909-GMN-GWF <br><br><br><br> **ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed June 19, 2014. Defendants filed their Answer (#10) on October 20, 2014. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **December 29, 2014** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 16th day of December, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge