DANIEL G. BOGDEN
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *troy.flake@usdoj.gov*

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PAULINE PEARS, Relatrix, and PAULINE PEARS, Plaintiffs, v. TRISHA LA, and STONE GATE REAL ESTATE SERVICES, a Nevada Corporation Defendants. | Case No. 2:14-cv-00909-GMN-GWF |

## STIPULATION FOR EXTENSION OF TIME
(First Request)
## AND ORDER THEREON

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, subject to this Court's approval, to extend the time for Plaintiff United States of America to respond to Defendants' Motion to Dismiss (ECF #16) by thirty-two (32) days, from June 4, 2015 to July 6, 2015.

This extension of time is necessary for the United States to determine whether good cause exists to intervene in this case. *See* 31 U.S.C. § 3730(c)(3).

For this reason the parties, stipulate that Plaintiff United States of America be granted a thirty-two (32) day extension of time to respond to Defendants' Motion to Dismiss, up to and including July 6, 2015.

Respectfully submitted this 3rd day of June 2015.

|  |  |
|---|---|
|  | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Robert J. Flummerfelt*<br>ROBERT J. FLUMMERFELT<br>ELIZABETH M. TULLIO<br>Canon Law Services, LLC | */s/ Troy K. Flake*<br>TROY K. FLAKE<br>Assistant United States Attorney |
| Attorneys for Defendants | Attorneys for the United States |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  06/04/2015**

2