# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. PAULINE PEARS, Relatrix,<br>and<br>PAULINE PEARS,<br>    Plaintiffs,<br>v.<br>TRISHA LA, and<br>STONE GATE REAL ESTATE SERVICES,<br>a Nevada Corporation<br>    Defendants. | Case No. 2:14-cv-00909-GMN-GWF<br><br>**ORDER** |

Pursuant to Fed. R. Civ. P. 41(a)(2), this action is dismissed without prejudice to the plaintiff and the United States.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss for Lack of Prosecution (ECF No. 16), is hereby **DENIED as MOOT**.

**DATED** this 7th day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court